1 | Kristin A. Zilberstein, Esq. (SBN: 200041)
2 | Jennifer R. Bergh, Esq. (SBN 305219)
  | LAW OFFICES OF MICHELLE GHIDOTTI
3 | 1920 Old Tustin Ave.
  | Santa Ana, CA 92705
4 | Ph: (949) 427-2010 ext. 1010
  | Fax: (949) 427-2732
5 | kzilberstein@ghidottilaw.com

Attorney for:
Charles Schwab Bank, N.A., c/o Quicken Loans Inc.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 17-02914-LA13 |
| Wei Chun Lee, | ) RS #     MRG-1 |
| Debtor. | ) Chapter 13 |
| | ) **NOTICE OF LODGMENT OF ORDER RE: MOTION FOR RELIEF FROM AUTOMATIC STAY** |

///

///

///

///

PLEASE TAKE NOTE that the order titled ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY (Real Property) was lodged on 1/3/2018 and is attached hereto as Exhibit "A". This order relates to the motion which is docket number 25.

Dated: 01/03/2018

/s/ Kristin A. Zilberstein
Kristin A. Zilberstein
Attorney for Movant
Charles Schwab Bank, N.A., c/o Quicken Loans Inc.

# EXHIBIT "A"

| CSD 1159C [11/15/04] | |
|---|---|
| Name, Address, Telephone No. & I.D. No.<br>Kristin A. Zilberstein, SBN 200041<br>Jennifer R. Bergh, SBN 305219<br>The Law Offices of Michelle Ghidotti<br>1920 Old Tustin Ave.<br>Santa Ana, CA 92705<br>Phone: (949) 427-2010<br>Fax: (949) 427-2732 | |

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| In Re<br>Wei Chun Lee<br><div align="right">Debtor.</div> | **LODGED**<br>BANKRUPTCY NO. 17-02914-LA13 |
|---|---|
| Charles Schwab Bank, N.A., c/o Quicken Loans Inc.<br><div align="right">Movant(s)</div> | RS NO. MRG-1 |
| David L. Skelton, Wei Chun Lee<br><div align="right">Respondent(s)</div> | Date of Hearing: 12/13/2017<br>Time of Hearing: 10:00 a.m.<br>Name of Judge: Judge Louise DeCarl Adler |

# ORDER ON
Motion for Relief from Automatic Stay (Real Property)

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted. Notice of Lodgment Docket Entry No. _____

//

//

//

//

DATED: _____

_____
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

The Law Offices of Michelle Ghidotti
(Firm name)

By:/s/ Kristin A. Zilberstein
Attorney for ☑ Movant ☐ Respondent

CSD 1159C

**CSD 1159C** [11/15/04] **(Page 2)**
ORDER ON Motion for Relief from Automatic Stay (Real Property)
DEBTOR: Wei Chun Lee

CASE NO: 17-02914-LA13
RS NO.: MRG-1

The motion of Charles Schwab Bank, N.A., c/o Quicken Loans Inc., its assignees and/or successors, for relief from the automatic stay came on regularly for hearing by the Court on the date, time and place set forth above, before the Judge Louise DeCarl Adler. All appearances are as noted in the court record.

Upon reading the papers and pleadings on file herein, and upon hearing oral argument and based on the evidence presented, the Court rules as follows:

IT IS HEREBY ORDERED that the automatic stay provisions of 11 U.S.C. § 362 be and are hereby terminated with respect to the interests of Charles Schwab Bank, N.A., c/o Quicken Loans Inc., its assignees and/or successors, in the real property commonly known as 14720 Brookstone Dr., Poway, CA 92064.

IT IS FURTHER ORDERED that Charles Schwab Bank, N.A., c/o Quicken Loans Inc., may complete its foreclosure of said real property and proceed with post-foreclosure remedies, including any unlawful detainer action, in accordance with applicable law.

IT IS FURTHER ORDERED The fourteen day stay described in Bankruptcy Rule 4001(a)(3) is waived upon relief.

IT IS FURTHER ORDERED that Charles Schwab Bank, N.A., c/o Quicken Loans Inc. may contact the Debtor to comply with California Civil Code Section 2923.5. Charles Schwab Bank, N.A., c/o Quicken Loans Inc. shall be permitted to communicate with the Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with the applicable nonbankruptcy law.

| | |
|---|---|
| 1 | Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837) |
| 2 | Kristin A. Zilberstein (SBN 200041) |
|   | Jennifer R. Bergh, Esq. (SBN 305219) |
| 3 | LAW OFFICES OF MICHELLE GHIDOTTI |
|   | 1920 Old Tustin Ave. |
| 4 | Tustin, CA 92705 |
|   | Ph: (949) 427-2010 |
| 5 | Fax: (949) 427-2732 |
| 6 | mghidotti@ghidottilaw.com |
| 7 | Attorney for Creditor |
|   | Charles Schwab Bank, N.A., c/o Quicken Loans Inc. |
| 8 | |

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO DIVISION

| In Re: | ) | CASE NO.: 17-02914-LA13 |
|---|---|---|
| | ) | |
| Wei Chun Lee, | ) | CHAPTER 13 |
| | ) | |
| Debtors. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 5120 E. LaPalma Ave., Ste. 206, Anaheim, CA 92807.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

1
CERTIFICATE OF SERVICE

On January 3, 2018 I served the following documents described as:

- **NOTICE OF LODGMENT OF ORDER RE: MOTION FOR RELIEF FROM AUTOMATIC STAY**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor** | **Chapter 13 Trustee** |
|---|---|
| Wei Chun Lee | David L. Skelton |
| 14720 Brookstone Dr. | 525 B St., Suite 1430 |
| Poway, CA 92064 | San Diego, CA 92101-4507 |
| | |
| **Debtor's Counsel** | **U.S. Trustee** |
| Shawn A. Doan | United States Trustee |
| Doan Law Office | Office of the U.S. Trustee |
| 320 East Second Avenue | 880 Front Street |
| Ste. 108 | Suite 3230 |
| Escondido, CA 92025 | San Diego, CA 92101 |

  xx    (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

  xx  (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on January 3, 2018 at Santa Ana, California

/*s / Jeremy Romero*/
Jeremy Romero

2
CERTIFICATE OF SERVICE